PRESTON EASLEY, ESQ./Cal. SBN 108347
CHRISTOPHER BULONE, ESQ./Cal. SBN 278882
KEVIN CONLOGUE, ESQ./Cal. SBN 285277
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731-7724
Telephone: (310)832-5315
Facsimile: (310)832-7730
Email:     maritime@earthlink.net
Email:     christopher@prestoneasley.com
Email:     kevin@prestoneasley.com

Attorneys for Plaintiff
            AMAH ESSIET

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAH ESSIET,<br><br>          Plaintiff,<br><br>     v.<br><br>CROWLEY LINER SERVICES INC.;<br>CROWLEY MARITIME<br>CORPORATION; CROWLEY<br>TECHNICAL MANAGEMENT; and<br>AMERICAN ROLL-ON ROLL-OFF<br>CARRIER, LLC,<br><br>          Defendants. | Case No. CV13-08623 - ABC(MRWx)<br><br>COMPLAINT FOR DAMAGES AND<br>DEMAND FOR JURY TRIAL |

COMES NOW PLAINTIFF AMAH ESSIET and complains of defendants,

and each of them, and alleges:

//

-1-

FIRST CAUSE OF ACTION FOR NEGLIGENCE

1. Plaintiff AMAH ESSIET resides in Long Beach, California and is a citizen of the State of California.

2. Defendant CROWLEY LINER SERVICES INC. is located Jacksonville, Florida.  It is a citizen of the State of Florida.

3. Defendant CROWLEY MARITIME CORPORATION is located in Jacksonville, Florida and is a citizen of the State of Florida.

4. Defendant CROWLEY TECHNICAL MANAGEMENT is located in Jacksonville, Florida and is a citizen of the State of Florida.

5. Defendant AMERICAN ROLL-ON ROLL-OFF CARRIER, LLC is located in Park Ridge, New Jersey.  It is a citizen of the State of New Jersey.

6. The bases of federal jurisdiction are the Jones Act, 46 U.S.C. Sec. 30104, and admiralty.

7. Each defendant was at all times mentioned herein the agent, employer and joint venturer of and with each and every other defendant.

8. From September 25, 2010, through December 26, 2010, plaintiff was employed by defendants as an unlicensed apprentice seaman aboard the vessel M/V INDEPENDENCE II.  At all times mentioned herein plaintiff was a Jones Act seaman.

9.  At all times mentioned herein defendants employed the crew of the vessel M/V INDEPENDENCE II.

10.  At all times material hereto defendants were the owners, operators, charterers, possessors, operators, safety inspectors, modifiers, outfitters, managers, controllers and crew employers of the vessel M/V INDEPENDENCE II which they owned, managed, operated, and controlled in coastwise, intercoastal and foreign navigation in navigable waters.

11.  At all times mentioned herein defendants conducted business in the State of California and maintained business facilities in the State of California.

12.  While plaintiff AMAH ESSIET was employed by defendants from September 26, 2010, through December 26, 2010, aboard the vessel M/V INDEPENDENCE II in navigable waters in the Atlantic Ocean between the United States and Europe he suffered severe and disabling injuries to his right hand, right wrist, right elbow, right arm, right shoulder and neck as a result of the repetitive use of vibrating needle guns.  Plaintiff's injuries were caused by the negligent failure of the defendants to provide plaintiff with a safe place to work and safe work procedures.  Defendants negligently provided plaintiff with needle guns which lacked vibration isolation safety features.  Defendants negligently failed to provide plaintiff with anti-vibration gloves.

13. After plaintiff advised defendants that operating needle guns was causing him pain defendants negligently required plaintiff to continue operating needle guns without vibration isolation safety features and without anti-vibration gloves.

14. Defendants negligently failed to conduct a job hazard analysis concerning the use of needle guns aboard the M/V INDEPENDENCE II in violation of the International Safety Management (ISM) Code therefore they are negligent per se.

15. As a result of defendant's negligence plaintiff was hurt and injured in his health, strength and activity, sustaining serious injures, all of which injuries have caused and continue to cause plaintiff great mental, physical and nervous pain and suffering and loss of enjoyment of life in an amount to be proven at trial. Plaintiff is informed and believes and thereon alleges that such injuries will result in permanent disability to him.

16. As a further result of defendant's negligence plaintiff has incurred and will continue to incur medical and related expenses, the full amount of which is not known to plaintiff at this time, and plaintiff will move to amend this complaint to state such amount when the same becomes known to him, on proof thereof. The amount of plaintiff's medical expenses will be proven at trial.

17. As a further result of defendant's negligence plaintiff's earning capacity has been greatly impaired, both past and future, and plaintiff has suffered and will continue to suffer a loss of wages, fringe benefits and wage earning capacity and the ability to perform household services in an amount which will be proven at trial.

SECOND CAUSE OF ACTION FOR UNSEAWORTHINESS

18. Plaintiff incorporates by reference, as though fully set forth below, each and every allegation of paragraphs 1 through 17 of the First Cause of Action herein.

19. While plaintiff was assigned to the M/V INDEPENDENCE II defendants failed to provide plaintiff with a seaworthy vessel in that the needle guns he was required to use did not have vibration isolation features and he was not provided with anti-vibration gloves. As a result of the unseaworthiness of defendants' vessel plaintiff suffered severe disabling injuries to his right hand, right wrist, right elbow, right arm, right shoulder and neck.

THIRD CAUSE OF ACTION FOR MAINTENANCE AND CURE AND UNEARNED WAGES

20. Plaintiff incorporates by reference, as though fully set forth below, each and every allegation of paragraphs 1 through 19 of the First and Second Causes of Action herein.

21.  While working aboard the vessel M/V INDEPENDENCE II from September 26, 2010, through December 26, 2010, in navigable waters in the Atlantic Ocean between the United States and Europe plaintiff suffered severe and disabling injuries.

22.  Immediately prior to suffering these injuries, plaintiff was a strong, able bodied person, capable of continuous gainful employment in the occupation of unlicensed apprentice seaman.  By reason of these disabling injuries, plaintiff has been caused to suffer great physical and mental pain and suffering, and has incurred and will continue to incur medical and related expenses, and for a period of time was a will be unable to attend to his usual occupation as an unlicensed apprentice seaman.  He is therefore entitled to maintenance and cure and unearned wages.

WHEREFORE, plaintiff prays judgment against defendants, and each of them, as follows:

1.  For general damages, according to proof;

2.  For damages for medical and related expenses, according to proof;

3.  For damages for lost earnings, both past and future, and loss of earning capacity and fringe benefits, and loss of ability to perform household services, according to proof;

4.  For an amount representing plaintiff's maintenance and cure and
    unearned wages, according to proof;

5.  For attorney fees, according to proof;

6.  For costs of suit herein incurred;

7.  For such other and further relief as the Court may deem proper.

Date: November 19, 2013

PRESTON EASLEY
CHRISTOPHER BULONE
KEVIN CONLOGUE
Attorneys for Plaintiff
AMAH ESSIET

<u>DEMAND FOR JURY TRIAL</u>

Plaintiff AMAH ESSIET hereby demands a trial by jury in this action.

Date:  November 19, 2013

PRESTON EASLEY
CHRISTOPHER BULONE
KEVIN CONLOGUE
Attorneys for Plaintiff
AMAH ESSIET

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____Audrey B. Collins_____ and the assigned Magistrate Judge is _____Michael R. Wilner_____ .

The case number on all documents filed with the Court should read as follows:

## 2:13-cv-08623-ABC(MRWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

_____November 21, 2013_____
Date

By __APEDRO_____
Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| [x] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California ☑

| | |
|---|---|
| AMAH ESSIET,<br><br>*Plaintiff(s)*<br>v.<br>CROWLEY LINER SERVICES, INC.; CROWLEY MARITIME CORPORATION; CROWLEY TECHNICAL MANAGEMENT; and AMERICAN ROLL-ON ROLL-OFF CARRIER, LLC,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

**CV13-08623 - ABC(MRWx)**

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

> Crowley Liner Services, Inc.
> Crowley Maritime Corporation
> Crowley Technical Management
> American Roll-On Roll-Off Carrier, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Preston Easley
> Law Offices of Preston Easley
> 2500 Via Cabrillo Marina, Ste. 106
> San Pedro, CA 90731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: NOV 2 1 2013

ANDRES PEDRO

*Signature of Clerk or Deputy Clerk*

1202

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $        0.00        .


I declare under penalty of perjury that this information is true.


Date: _____                          _____
                                                                   *Server's signature*

                                                         _____
                                                                   *Printed name and title*

                                                         _____
                                                                   *Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| AMAH ESSIET | CROWLEY LINER SERVICES INC.; CROWLEY MARITIME CORPORATION; CROWLEY TECHINICAL MANAGEMENT; and AMERICAN ROLL-ON ROLL-OFF CARRIER, LLC. |

| (b) County of Residence of First Listed Plaintiff    Los Angeles | County of Residence of First Listed Defendant |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |

| (c) Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information. | Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information. |
|---|---|
| Preston Easley, Esq. 2500 Via Cabrillo Marina, Ste. 106 San Pedro, CA 90731 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** according to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Jones Act 46 U.S.C. Sec. 30104; personal injury to merchant seaman

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/Etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Org.
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Info. Act
☐ 896 Arbitration
☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.)
☐ 153 Recovery of Overpayment of Vet. Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment

**REAL PROPERTY CONT.**
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☒ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**TORTS**
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accomodations
☐ 445 American with Disabilities-Employment
☐ 446 American with Disabilities-Other
☐ 448 Education

**PRISONER PETITIONS**
**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405 (g))
☐ 864 SSID Title XVI
☐ 865 RSI (405 (g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:**   Case Number:   CV13-08623

CV-71 (11/13)                              CIVIL COVER SHEET                              Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No<br><br>If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| ☐ Yes  ☒ No<br><br>If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | PLAINTIFF... in which the agency resides | DEFENDANT... in which the agency resides | |
| | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? (Make only one selection per row) | A.<br>Los Angeles County | B.<br>Ventura, Santa Barbara, or San Luis Obispo Counties | C.<br>Orange County | D.<br>Riverside or San Bernardino Counties | E.<br>Outside the Central District of California | F.<br>Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| Indicate the location in which a majority of claims arose: | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

**C.1. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | Central |

| CIVIL COVER SHEET |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court** and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed **in this court** that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** *[signature]*     DATE: November 21, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |